IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN PAUL THOMAS,

    Applicant,

v.                                              No. CV 09-0174 RB/LAM

JAMES JANECKA, et al.,

    Respondents.

## ORDER

**THIS MATTER** having come before the Court upon the motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 contained in Applicant John Paul Thomas' *Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915* (*Doc. 5*), filed March 16, 2009, and the Court being fully advised;

**IT IS ORDERED** that the motion (*Doc. 5*) is hereby **GRANTED**, and Applicant Thomas may proceed without prepayment of costs or other fees or the necessity of giving security therefore.

**IT IS SO ORDERED.**

                                              */s/ Lourdes A. Martínez*
                                              **LOURDES A. MARTÍNEZ**
                                              **UNITED STATES MAGISTRATE JUDGE**